IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY D. McDONALD,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**G. JONES, et al.,**<br><br>                              Defendants. | Case No. 2:24-cv-01027 TLN CSK P<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

    Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  On December 19, 2024, defendants filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution") project and request the Court to set a responsive pleading deadline.  (ECF No. 19)  After reviewing defendants' motion, and good cause appearing, defendants' motion (ECF No. 19) is granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Defendants' motion to opt out (ECF 19) is granted.

    2.    The stay of this action (ECF No. 18) is lifted.

    3.    Within thirty days from the filing of this order, defendants shall file a response to the

///

///

1  complaint (ECF No. 1).

3  Dated: December 23, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

6  /1/mcdo1027.opt